UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK MURACA,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

21-CV-6003 (RA)
17-CR-739 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Mr. Muraca, proceeding pro se, has filed a motion for the return of his vehicle from the Federal Bureau of Prisons (BOP). *See* Dkt. 8. According to Mr. Muraca, the BOP received his administrative claim for the alleged loss of personal property on July 29, 2021. *Id.* Pursuant to the Federal Tort Claims Act, the BOP has six months from the date of receipt to review and adjudicate Petitioner's claim. *See* 28 C.F.R. § 543.30-543.32. The Court has since received no updates as to the status of Mr. Muraca's administrative claim or his vehicle.

      Accordingly, on or before November 10, 2023, the Government shall update the Court as to the current status of Mr. Muraca's administrative claim No. TRT-NER-2021-07398.

SO ORDERED.

Dated:    October 26, 2023
              New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge