UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK MURACA,

                  Petitioner,

      v.

UNITED STATES OF AMERICA,

                  Respondent.

No. 17-CR-739 (RA)
No. 21-CV-6003 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        The Court is in receipt of a letter from Mr. Muraca, dated January 29, 2024, about a vehicle that he left at the FCI Fort Dix visitors parking lot when he surrendered in 2021. Dkt. No. 147. As Mr. Muraca has explained, his attorney filed an administrative claim with the Bureau of Prisons on July 29, 2021 about this vehicle. *See* Dkt. No. 134.

        On October 26, 2023, the Court ordered the Government to provide an update "as to the current status of Mr. Muraca's administrative claim." Dkt. No. 137. The Government replied on October 31, 2023, stating that the Bureau of Prisons had notified Mr. Muraca that his administrative claim was denied on December 2, 2022 and had informed him that he "may bring an action against the United States in an appropriate United States District Court within six (6) months" if he is "dissatisfied with the decision." Dkt. No. 138. The Government avers that Mr. Muraca has since failed to bring any action against the United States concerning his administrative claim. *Id.*

        Since Mr. Muraca has not brought any lawsuit in federal court related to his administrative denial, the Court has no jurisdiction over this matter. *See* 28 C.F.R. § 543.30–543.32.

The Clerk of Court is respectfully directed to mail a copy of this Order, and the Government's letter at Dkt. No. 138, to Mr. Muraca, and to terminate the motion pending at Dkt. No. 134.

SO ORDERED.

Dated:   February 21, 2024
         New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge